UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Jennifer Gonzalez<br><br>    Plaintiff,<br>v.<br><br>Experian Information Solutions, Inc., Equifax Information Services, LLC, Transunion, LLC, and The Terminix International Company Limited Partnership<br><br>    Defendants. | Case No.: 3:21-cv-01396-JBA<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

   Plaintiff Jennifer Gonzalez, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Equifax Information Services, LLC ("Equifax"). Plaintiff and Equifax are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Equifax will be finalized within the next sixty (60) days. Plaintiff's claims against remaining defendants remain pending.

Dated:      December 2, 2021

                              /s/Kathryn R. Sylvester
                              Kathryn R. Sylvester, Esq.
                              PO Box 5076
                              Woodbridge, CT 06524

Ksylvester1@hotmail.com

Mailing Address:
McCarthy Law, PLC
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ  85251
Telephone: (602) 456-8900
Fax: (602) 218-4447
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: /s/Kathryn R. Sylvester