UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **Jennifer Gonzalez** § <br> § <br> **Plaintiff,** § <br> § <br> v. § <br> § <br> **Experian Information Solutions, Inc.,** § <br> **Equifax Information Services, LLC,** § <br> **Transunion, LLC, and The Terminix** § <br> **International Company Limited** § <br> **Partnership** § <br> § <br> **Defendants.** § | Case No.:  3:21-cv-01396-JBA |

### NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant The Terminix International Company Limited Partnership in the above-captioned case have reached a settlement. The parties anticipate filing a Stipulation of Dismissal with Prejudice as to Defendant The Terminix International Company Limited Partnership ONLY pursuant to Fed. R. Civ. P. 41(a) within 30 days.

DATED: December 28, 2021

                          Respectfully submitted,

                          /s/ Kathryn R. Sylvester
                          Kathryn R. Sylvester, Esq.
                          PO Box 5076
                          Woodbridge, CT 06524
                          Ksylvester1@hotmail.com

                          Mailing Address:
                          McCarthy Law, PLC
                          4250 North Drinkwater Blvd, Suite 320
                          Scottsdale, AZ  85251

                                        Telephone: (602) 456-8900
                                        Fax: (602) 218-4447
                                        Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

      This is to certify that on December 28, 2021, a true and correct copy of the above and foregoing was served on the following counsel of record in accordance with the Federal Rules of Civil Procedure.

                                  By: */s/ Kathryn Sylvester*