UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Jennifer Gonzalez<br><br>    Plaintiff,<br>v.<br><br>Experian Information Solutions, Inc., Equifax Information Services, LLC, Transunion, LLC, and The Terminix International Company Limited Partnership<br><br>    Defendants. | Case No.: 3:21-cv-01396-JBA<br><br>**NOTICE OF DISMISSAL AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(1), notice is hereby given that Defendant Equifax Information Services, LLC may be dismissed with prejudice, with the parties to bear their own fees and costs. Plaintiff's claims against remaining defendants remain pending.

Dated:       January 14, 2022

/s/Kathryn R. Sylvester
Kathryn R. Sylvester, Esq.
PO Box 5076
Woodbridge, CT 06524
Ksylvester1@hotmail.com

Mailing Address:
McCarthy Law, PLC
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ  85251

Telephone: (602) 456-8900
Fax: (602) 218-4447
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By:  /s/Kathryn R. Sylvester