UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Jennifer Gonzalez<br><br>    Plaintiff,<br>v.<br><br>Experian Information Solutions, Inc., Equifax Information Services, LLC, Transunion, LLC, and The Terminix International Company Limited Partnership<br><br>    Defendants. | Case No.: 3:21-cv-01396-JBA<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT TRANSUNION, LLC** |

   Plaintiff Jennifer Gonzalez, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with TransUnion, LLC ("TransUnion"). Plaintiff and TransUnion are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against TransUnion will be finalized within the next sixty (60) days. Plaintiff has now reached settlements with all defendants.

   Dated:    February 8, 2022

                                    /s/Kathryn R. Sylvester
                                    Kathryn R. Sylvester, Esq.
                                    PO Box 5076
                                    Woodbridge, CT 06524

Ksylvester1@hotmail.com

Mailing Address:
McCarthy Law, PLC
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ 85251
Telephone: (602) 456-8900
Fax: (602) 218-4447
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: /s/Kathryn R. Sylvester